Lawrence F. Morrison(LM7568)
Lawrence Morrison PC
110 East 59th Street
New York, New York  10022
(212) 888-0700

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

       LARRY BRESNICK,

                 Debtor.

Case No. 07-41580 (CEC)

## NOTICE OF APPEAL

Lawrence Morrison (the "Appellant") hereby appeals to the United States District Court for the Eastern District of New York from the Order denying legal fees for compensation for work performed by Lawrence Morrison after the appointment of the Chapter 11 Trustee dated June 23, 2009 entered by this court on June 23, 2009, Chief Judge Carla E. Craig presiding, a copy of which is annexed as Exhibit A.

The names of the Parties to the Order appealed from and the names and addresses and telephone numbers of their respective attorneys are as follows:

Lawrence F. Morrison
Lawrence Morrison PC
110 East 59th Street
23rd Floor
New York, NY 10022
212-888-0700

Gary F. Herbst
Lamonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
516-826-6500

Gregory Messer
Law offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242
718-858-1474

Douglas J. Pick
Pick & Zabicki, LLP
369 Lexington Avenue
12th Floor
New York, NY 10017
212-695-6000

Valerie Millman
Office of the US Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

Dated: New York, New York
July 2, 2009

                                              /s/ Lawrence F. Morrison
                                              Lawrence F. Morrison (LM7568)
                                              Lawrence Morrison PC
                                              110 East 59th Street
                                              New York, New York  10022
                                              (212) 888-0700

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                          Chapter 11

LARRY BRESNICK,
                                                                                    Case No. 07-41580-CEC
                                        Debtor(s).
----------------------------------------------------------x

## ORDER

WHEREAS, on March 30, 2007, Larry Bresnick (the "Debtor") filed a voluntary petition under chapter 11 of the Bankruptcy Code; and

WHEREAS, on June 5, 2007, the United States Trustee filed a motion to appoint a chapter 11 Trustee; and

WHEREAS, on June 25, 2007, the Court issued an order directing the appointment of a chapter 11 trustee; and

WHEREAS, on June 27, 2007, Gregory Messer (the "Trustee") was appointed chapter 11 trustee; and

WHEREAS, on April 23, 2009, Lawrence Morrison ("Morrison"), as attorney for the Debtor, filed an application for compensation for the period March 30, 2007 through March 27, 2009 (the "Fee Application"); and

WHEREAS, the United States Trustee objected to the Fee Application to the extent it sought fees for services rendered following the appointment of the Trustee;

NOW, THEREFORE, it is

ORDERED, that, for the reasons stated in this Court's decision dated June 23, 2009, the Fee Application is denied to the extent it seeks compensation for work performed after the date of the appointment of the Trustee.

Dated: Brooklyn, New York
       June 23, 2009

                                                                        _s/Carla E. Craig_
                                                                        CARLA E. CRAIG
                                                                        Chief United States Bankruptcy Judge